FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2015 FEB -4 PM 1: 10

U.S. DISTRICT COURT
FORT MYERS, FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 2:15-cr-7-MiFtM-29 CM |
| v. | 18 U.S.C. §§ 2252(a)(2) and (b)(1) |
| | 18 U.S.C. §§ 2252(a)(4)(B) and (b)(1) |
| CHRISTOPHER HALL, | 18 U.S.C. § 2253 |

## INDICTMENT

The United States Attorney charges:

### COUNT ONE

On or about May 9, 2014, in Lee County, in the Middle District of Florida, and elsewhere,

**CHRISTOPHER HALL,**

the defendant herein, did knowingly receive and distribute any visual depiction that had been mailed, shipped, and transported in interstate and foreign commerce, and which was produced using materials that had been mailed, shipped, or transported using any means or facility of interstate or foreign commerce by any means including by computer, where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction is of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

### COUNT TWO

From an unknown date but at least on or about May 9, 2014, through on or about June 9, 2014, in Lee County, in the Middle District of Florida, and elsewhere,

**CHRISTOPHER HALL,**

the defendant herein, did knowingly possess one or more matter(s) which contain a visual depiction which was produced using materials that had been transported using any means or facility of interstate or foreign commerce by any means including by computer, where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction is of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(1).

## FORFEITURE

1.   The allegations contained in Counts One and Two, of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provision of Title 18, United States Code, Section 2253.

2.   The defendant, CHRISTOPHER HALL, shall forfeit to the United States of America, any visual depiction described in sections 2251, 2251A, or 2252 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of offense:

    A.   One (1) HP Pavilion model g7-1167dx Notebook PC, S/N CNF1233T61; and

   B. One (1) HP Pavilion model 17-e049wm Notebook PC, S/N 5CD3456 1GC

3. If any of the property described above, as a result of any act or omission of the defendant:

  i. cannot be located upon the exercise of due diligence;

  ii. has been transferred or sold to, or deposited with, a third party;

  iii. has been placed beyond the jurisdiction of the court;

  iv. has been substantially diminished in value; or

  v. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 18, United States Code, Section 2253(b).

Dated: 2/4/15

A TRUE BILL,

*Jenee Waddell*
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: *[signature]*
TAMA KOSS CALDARONE
Assistant United States Attorney
Trial Counsel

By: *[signature]*
MICHAEL BAGGE-HERNANDEZ
Assistant United States Attorney
Forfeiture Counsel

By: *[signature]*
JESUS M. CASAS
Assistant United States Attorney
Chief, Fort Myers Division

3

FORM OBD-34
APR 1991

Case 2:15-cr-00007-JES-CM   Document 3   Filed 02/04/15   Page 4 of 4 PageID 8

No. 2:15-cr-

# UNITED STATES DISTRICT COURT
Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

CHRISTOPHER HALL

## INDICTMENT

Violations:

18 U.S.C. §§ 2252(a)(2) and (b)(1)
18 U.S.C. §§ 2252(a)(4)(B) and (b)(1)
18 U.S.C. § 2253

A true bill,

_____Jenée Waddell_____
Foreperson

Filed in open court this 4th day

of February, 2015.

_____
Clerk

Bail  $_____

GPO 863 525