

# DEFENDANT'S EXHIBIT LIST

**D.Ct.No.: 2:15-cr-7-FtM-29CM** *United States v. Christopher Hall*

__ Government  __ Plaintiff  _X_ Defendant
__ Joint __ Court

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| A-1 | | | TFA Zachary Ewert, | Application for Search Warrant for 26651 Rosewood Pointe Circle, Unit 203, Bonita Springs, FL. 34135 |
| B-1 | | | TFA Zachary Ewert, | Audio recordings on CD of interview of Christopher Hall |
| B-2 | | | TFA Zachary Ewert, | Transcript of interview of Christopher Hall |
| C-1 | | | Richard D. Connor, Jr., Esq. | *Curriculum Vitae* of Richard D. Connor, Jr., Esq. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **May 21, 2015**, the foregoing was electronically filed with the Clerk of Court and a copy will be sent electronically to **Tama Koss Caldarone**, Assistant United States Attorney, 2110 First Street, Fort Myers, Florida 33901.

By:  /s/G. Ellis Summers, Jr.
G. Ellis Summers, Jr.
Assistant Federal Defender
Florida Bar No. 0815691
1514 Broadway, Suite 301
Fort Myers, Florida 33901
Tel. (239) 334-0397
FAX (239) 334-4109
ellis_summers@fd.org