UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff, ☒
    Government ☐

Case No. 2:15-cr-7-FtM-29CM

☐ Evidentiary
☐ Trial
☒ Other **[Suppression Hearing]**

v.

CHRISTOPHER HALL

    Defendant ☒

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | Search Warrant for 26651 Rosewood Pointe Circle, Unit 203, Bonita Springs, Florida 34135 |
| 2 | | | | Transcript of Defendant's first statement (78 pages) |
| 3 | | | | Transcript of Defendant's second statement (20 pages) |
| 4 | | | | CD containing Defendant's audio recorded statements |
| | | | | |
| | | | | |